UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

John Doe 18,

        Plaintiff,                                               Case No. _____

vs.                                                                    Judge _____

Joseph Clazmer,
3211 Wright Avenue
Racine, WI 53405

and

Downloader 1, Downloader 2, Downloader 3,
Downloader 4, Downloader 5, Downloader 6,
Downloader 7, Downloader 8, Downloader 9,
Downloader 10, Downloader 11, Downloader 12,
Downloader 13, Downloader 14, Downloader 15,
Downloader 16, Downloader 17, Downloader 18,
Downloader 19, Downloader 20, Downloader 21,
Downloader 22, Downloader 23, Downloader 24,
Downloader 25, Downloader 26, Downloader 27,
Downloader 28, Downloader 29, Downloader 30,
Downloader 31, Downloader 32, Downloader 33,
Downloader 34, Downloader 35, Downloader 36,
Downloader 37, Downloader 38, Downloader 39,
Downloader 40, Downloader 41, Downloader 42,
Downloader 43, Downloader 44, Downloader 45,
Downloader 46, Downloader 47, Downloader 48,
Downloader 49, Downloader 50, Downloader 51,
Downloader 52, Downloader 53, Downloader 54,
Downloader 55, Downloader 56, Downloader 57,
Downloader 58, Downloader 59, Downloader 60,
Downloader 61, Downloader 62, Downloader 63,
Downloader 64, Downloader 65, Downloader 66,
Downloader 67, Downloader 68, Downloader 69,
Downloader 70, Downloader 71, Downloader 72,
Downloader 73, Downloader 74, Downloader 75,
Downloader 76, Downloader 77, Downloader 78,
Downloader 79, Downloader 80, Downloader 81,
Downloader 82, Downloader 83, Downloader 84,
Downloader 85, Downloader 86, Downloader 87,

Downloader 88, Downloader 89, Downloader 90,
Downloader 91, Downloader 92, Downloader 93,
Downloader 94, Downloader 95, Downloader 96,
Downloader 97, Downloader 98, Downloader 99,
Downloader 100,

        Defendants.

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff John Doe 18, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1) Plaintiff is using the pseudonym, John Doe 18. Plaintiff's real identity is disclosed in Plaintiff's Disclosure statement filed under seal with the court pursuant to L.R. 10(c).

(2) The plaintiff is not a corporation;

(3) Aiken & Scoptur, S.C., Jeff Anderson & Associates

        RESPECTFULLY SUBMITTED,

Dated: October 27, 2010.        AIKEN & SCOPTUR, S.C.

s/Paul J. Scoptur
Paul J. Scoptur, WI #1018326
2600 North Mayfair Road, Suite 1030
Milwaukee, WI 53226-1308
(414) 225-0260

Jeffrey R. Anderson, WI #1019358
JEFF ANDERSON & ASSOCIATES, PA
Attorney for Plaintiff
366 Jackson Street, Suite 100
St. Paul, MN 55101
(651) 227-9990