March 16, 2011

Honorable Charles Clevert, Jr.
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: John Doe 18 v. Joseph Clazmer, Downloaders 1-100
     Case No. 10-C-0992

Dear Judge Clevert:

  On February 28, 2011, your Honor issued an Order dismissing the above-referenced action, but permitting the Plaintiff 10 days to file an amended complaint or properly supported motion. On March 9, 2011, this Court entered a judgment dismissing the matter without prejudice, as the Plaintiff failed to file any amended complaint or motions within the 10 day time limit given by the Court. The day *after* the judgment of dismissal was entered, March 10, 2011, the Plaintiff filed several motions with the Court.

  Defendant, Joseph Clazmer, acknowledges the Judgment dismissing this case without prejudice issued March 9, 2011 as legal and binding, and therefore, will not be responding to the Plaintiff's untimely motions filed on this closed case.

  If you have any questions or concerns, please do not hesitate to contact my office. Thank you.


Sincerely,

/s

Mark D. Richards
Attorney at Law

cc: client